IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| BENJAMIN BARNHILL, et al., | § | |
| --- | --- | --- |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 3:19-CV-650-K |
| | § | |
| DALLAS AREA RAPID TRANSIT, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

This case is DISMISSED WITHOUT PREJUDICE for failure to comply with a Court order and for want of prosecution. *See* Fed. R. Civ. P. 41(b).

SO ORDERED.

Signed September 16th, 2019.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE